**FILED**

OCT 19 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT DANIEL EKMAN,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DISTRICT<br>JUDGE MARTIN J. JENKINS,<br><br>Defendant. | No. C 07-03352 JW (PR)<br><br>JUDGMENT |

For the reasons stated in the order of dismissal, the complaint is DISMISSED. Judgment is entered accordingly.

The clerk shall close the file.

DATED: OCT 17 2007

JAMES WARE
United States District Judge

Judgment
G:\PRO-SE\SJ.JW\CR.07\Ekman03352_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRETT DANIEL EKMAN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DISTRICT JUDGE MARTIN JENKINS<br>et al,<br><br>Defendant. | Case Number: CV07-03352 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  OCT 1 9 2007 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Garrett Daniel Ekman J-74094
California State Prison
4001 King Avenue
Corcoran, Ca 93212

Dated: OCT 1 9 2007

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk